*F. A. Tuten, W. B. Stubbs,* for petitioner.

---

### 10288. JACKSON *v.* CHAMBERS.

STEPHENS, J. The petition in this case plainly set out an action for damages sounding in tort, and the recital therein of a contract may be treated merely as showing the relationship of the parties. The court erred in sustaining the demurrer interposed and in dismissing the petition. *Paine* v. *Watters,* 9 *Ga. App.* 265 (70 S. E. 1114).

    *Judgment reversed. Jenkins, P. J., and Smith, J., concur.*

              DECIDED OCTOBER 20, 1919.

Action for damages; from city court of Carrollton—Judge Beall. December 10, 1918.

The demurrer was on the ground that the suit "is based on torts, if any there be, arising both ex contractu and ex delicto." The petition alleges that the defendant has injured and damaged the plaintiff in the sum of $800, as shown by the facts set forth. According to the petition, the plaintiff was a cropper of the defendant for the year 1917, under a contract the terms of which are set out, and after the plaintiff had completed his work in the cultivation of the crop in compliance with the contract, the defendant, without cause, refused to allow him to complete the harvesting of the crop, and by threats of taking his life forced him to move from the premises and to accept in settlement of the amount due him by the defendant a stated sum which was much less than his share under the contract. A statement of the value of the crop, the cost

of making it, and of deductions which should be made from its value, is given in the petition, showing a named sum to be due the plaintiff, and it is alleged that "the balance of the damages sued for, to wit $800.00, are made up on account of aggravated circumstances in said case."

*Emmett Smith, Buford Boykin,* for plaintiff.

*Leon Hood,. H. C. Strickland,* for defendant.